IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INT'L BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22 AND NAT'L ELECTRICAL CONTRACTORS ASSOCIATION, NEBRASKA CHAPTER HEALTH AND WELFARE FUND, IBEW LOCAL 22/LABOR MANAGEMENT COOPERATION FUND, NATIONAL ELECTRICAL BENEFIT FUND, OMAHA BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 22 VACTION-HOLIDAY TRUST FUND, OMAHA JOINT ELECTRICAL APPRENTICESHIP TRAINING FUND, IBEW LOCAL UNION NO. 22 /NECA PENSION PLAN A, JOHN T. MCMAHON, in their representative capacity as fiduciaries of the plaintiff funds, DENNIS F. REGAN, in their representative capacity as fiduciaries of the plaintiff funds, and IBEW LOCAL 22/NECA DEFINED CONTRIBUTION PLAN B,<br><br>          Plaintiffs,<br><br>    v.<br><br>ALL AMERICAN ELECTRIC, Inc., BRIAN M. MILLER, and WENDY L. MILLER,<br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:07CV433<br><br><br>ORDER OF DISMISSAL |

      The matter before the court is the plaintiffs' Notice of Case Dismissal. Filing No. 5. The court finds that this matter should be dismissed without prejudice.

      IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiffs' cause of action against the defendants is hereby

dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 7th day of February, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge